CANDICE S. NAM (SBN: 293875)
cnam@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

GREIL ROBERTS (*pro hac vice*)
groberts@grsm.com
**GORDON REES SCULLY MANSUKHANI LLP**
95 Glastonbury Blvd., Ste. 206
Glastonbury, CT 06033
Phone: (860) 278-7448

Attorneys for Defendant,
HOSOPO CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRISELDA PANDURA<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HOSOPO CORPORATION,<br><br>　　　　　Defendant. | CASE NO. 5:20-cv-00303-AB-SP<br>*Assigned to the Hon. André Birotte Jr.*<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE SCHEDULING CONFERENCE AND HEARING ON MOTION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiff GRISELDA PANDURA ("Plaintiff") and Defendant HOSOPO CORPORATION ("Defendant") (collectively, with Plaintiff, the "Parties") are pleased to report that they have reached a settlement in this matter with the individual plaintiff, and an agreement to dismiss the class claims without prejudice. The parties are diligently working on the settlement documentation, and anticipate that a stipulation re dismissal of this action as to plaintiff Griselda Pandura's individual claims, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A), will be filed within the next sixty (60) days at the time of completion of the last portion of the settlement.

1  Accordingly, the Parties respectfully request that the Court vacate the
2  scheduling conference and hearing on Defendant's Motion to Dismiss scheduled for
3  November 6, 2020.

4  The Parties further request that a status conference be scheduled within 60
5  days to allow the parties to execute and complete the conditions of the settlement
6  agreement, unless a stipulation of dismissal is filed prior to that time.

Dated: October 23, 2020

By:  /s/ Frank S. Hedin
**HEDIN HALL LLP**
Frank S. Hedin (SBN 291289)
Four Embarcadero Center, Suite 1400
San Francisco, California 94104
Telephone: + 1 (415) 766-3534
Facsimile: + 1 (415) 402-0058
Email: fhedin@hedinhall.corn

Eugene Y. Turin*
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, Il 60604
Telephone: (312) 893-70002
Email: eturin@mcgpc.com

**Attorneys for Plaintiff
Griselda Pandura**

By:  */s/ Candice S. Nam*
**GORDON REES SCULLY
MANSUKHANI LLP**
Candice S. Nam
Greil Roberts
**Attorneys for Defendant
HOSOPO Corporation**

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Candice S. Nam, hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATE: October 23, 2020          By: /s/ Candice S. Nam
                                Candice S. Nam

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that the scheduling conference and Defendant's Motion to Dismiss currently set for November 6, 2020, are vacated.

IT IS FURTHER HEREBY ORDERED that, unless a Stipulation for Dismissal has been filed by **December 23, 2020**, a status conference regarding the dismissal of this case will be set for _____.

IT IS SO ORDERED.

DATED: _____    _____
                                  The Hon. André Birotte Jr.
                                  United States District Judge